IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAN C. SCOTT | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv151 |
| D. SISTRUNK, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
<u>JUDGE's REPORT AND RECOMMENDATION</u>

Plaintiff Dan C. Scott, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

    **SIGNED** this the 11 day of **April, 2006.**

_____
Thad Heartfield
United States District Judge